## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gregory Brown, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Weatherford U.S., L.P.; Daniel Licciardi; | ) | |
| G4S Secure Solutions (USA) Inc.; Joseph | ) | |
| Houle, individually, | ) | |
| | ) | Case No. 1:20-cv-061 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on July 8, 2021, at 9:00 a.m. The conference will be conducted via telephone conference.  To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 6th day of August, 2020.


*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court