IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gregory Brown, | ) |
| | ) |
| Plaintiff, | ) |
| | )   **ORDER** |
| vs. | ) |
| | ) |
| Weatherford U.S., L.P.; Daniel Licciardi; | ) |
| G4S Secure Solutions (USA) Inc.; and | )   Case No. 1:20-cv-061 |
| Joseph Houle, individually, | ) |
| | ) |
| Defendants. | ) |

The undersigned held a status conference with the parties by telephone on July 14, 2022. Based upon its conversion with the parties, the undersigned was left with the impression that Plaintiff has reached an agreement in principle with Defendants G4S Secure Solutions (USA) Inc. and Joseph Houle that would resolve his claims against them. As Plaintiff's claims against Defendant Weatherford U.S., L.P. were previously disposed of, it therefore appears that Plaintiff's only remaining unresolved claims are those he has asserted against Defendant Daniel Licciardi, who has been served but has yet to file a response to Plaintiff's complaint and is unrepresented at present.

The final pretrial conference and trial are respectively scheduled for September 20 and October 3, 2022. In order to assess where matters presently stand, how the parties would like to proceed, and whether the current trial date is otherwise viable, the undersigned shall schedule a status conference with the parties on September 12, 2022, at 1:30 PM CDT by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court